UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-0816 (RDM) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

Pursuant to the Court's Order entered on August 26, 2014, Defendant U.S. Department of Justice, through its undersigned counsel, reports to the Court as follows:

1. This case was brought under the Freedom of Information Act ("FOIA"). Plaintiff's request was processed by the two components of the Department of Justice most likely to have responsive records, the Criminal Division and the Office of Information Policy ("OIP").

2. As reported to the Court in prior status reports, the Criminal Division and OIP provided their final response to Plaintiff's FOIA request and their review is now complete. Also as previously reported, during the processing of Plaintiff's FOIA request, certain records were referred to the Executive Office for United States Attorneys ("EOUSA") for processing and direct response to the requester.

3. EOUSA has now completed its review of the documents referred to it. EOUSA has determined that a small number of documents can be released to Plaintiff. Counsel for EOUSA is currently out of the office, but the undersigned counsel expects the production to occur soon after EOUSA counsel returns on September 15.

4. The undersigned counsel recently conferred with counsel for Plaintiff about this litigation. Plaintiff's counsel advised that Plaintiff will evaluate Defendant's productions, including the forthcoming production from EOUSA, to determine whether Plaintiff will challenge any redactions. If the parties determine that it will be necessary to file motions for summary judgment on the issue of any redactions, the undersigned counsel will confer with Plaintiff's counsel about a proposed briefing schedule to govern such motions.

5. In accordance with the Court's August 26, 2014 Order, the Defendant will provide a status report every 60 days until record production is complete.

Dated: September 8, 2015                Respectfully submitted,

VINCENT H. COHEN, JR., D.C. Bar #471489
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

_____/s/_____
JOSHUA M. KOLSKY, D.C. Bar # 993430
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
Joshua.Kolsky@usdoj.gov